August 30, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

OTIS MALLET, JR., Appellant

NO. 14-11-00094-CR
NO. 14-11-00095-CR

V.

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the record of the court below, and having inspected the record, this Court holds there was no error as to Cause No. 1164940, and we order the judgment of the court below **AFFIRMED** as to that cause number. However, this Court holds there was error as to Cause No. 1248132 in the judgment as entered and that such error is capable of reformation by this Court. Therefore, the judgment in Cause No. 1248132 is **REFORMED** to reflect the offense of delivery of more than one and less than four grams of a controlled substance, for which the appellant was convicted.

The Court orders the judgment **AFFIRMED** as **REFORMED** and orders this decision certified below for observance.